**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Loren Gallivan** | : | **Case No.: 13-17241** |
| **Mari Gallivan** | : | **Chapter 13** |
| | : | **Judge Janet S. Baer** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1

Now comes U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust. ("Creditor"), by and through its mortgage servicing agent Caliber Home Loans, Inc., for Court claim no. 2, by and through counsel, and hereby withdraws its Response to Notice of Final Cure Payment Rule 3002.1 which was filed in this Court on February 20, 2018.

                                        Respectfully submitted,

                                        /s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

16-002407_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Response to Notice of Final Cure Payment Rule 3002.1 was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532, mcguckin_m@lislel3.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 22, 2018:

Loren Gallivan and Mari Gallivan, 2379 Cove Court, Aurora, IL 60504

/s/ Umair Malik